IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VISUAL INTELLIGENCE LP,<br><br>    *Plaintiff*,<br><br>v.<br><br>OPTECH, INC.,<br><br>    *Defendant*. | Case No. 4:13-cv-02612<br><br>Judge Sim Lake |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)**

Plaintiff Visual Intelligence LP ("Plaintiff") hereby designates the following expert witnesses pursuant to the Federal Rule of Civil Procedure 26(a)(2):

Retained Experts:

| | |
|---|---|
| Walter Bratic<br>Overmont Consulting, LLC<br>3100 Weslan, Suite 340<br>Houston, TX 77027<br>(713) 412-8134 | Dr. John Grindon<br>John R. Grindon & Assoc.<br>320 Brookes Drive – Suite 100<br>Hazelwood MO 63042<br>(314) 895-4747 |

1

Dated: June 15, 2015.                    Respectfully submitted,

*/s/ Steven E. Ross*
Steven E. Ross
Attorney-in-Charge
Texas State Bar No. 17305500
(*Pro Hac Vice*)
Scott C. Sample
Texas State Bar No. 24027952
(*Pro Hac Vice*)
**ROSS JOYNER PLLC**
1700 Pacific Ave., Suite 3750
Dallas, Texas 75201
Phone: 972-661-9400
Facsimile: 972-661-9401
sross@rossjoynerlaw.com
ssample@rossyjoynerlaw.com

**ATTORNEYS FOR PLAINTIFF
VISUAL INTELLIGENCE LP**

2

## **CERTIFICATE OF SERVICE**

      In accordance with Federal Rule of Civil Procedure 5 and Local Rule 5, I hereby certify that all counsel of record are being served with a copy of the foregoing document via email on **June 15, 2015.**

                                                 /s/ *Scott C. Sample*
                                                 Scott C. Sample